# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DOUGLAS PHILLIP BRUST, D.C., P.C., individually and on behalf of all others similarly-situated, )))) | |
| Plaintiff, )) | Cause No. 4:14CV01184 AGF |
| v. )) | |
| ANALGESIC HEALTHCARE, INC., et al. )) | |
| Defendants. ))) | |

## ORDER STAYING CASE

Defendant Analgesic Healthcare, Inc. has filed an unopposed motion to stay the case pending approval of a class settlement in a related case styled *Myrna Zidek, v. Analgesic Healthcare, Inc., et al.*, and pending as Case No. 13-C-7742 in the United States District Court, Northern District of Illinois.

The parties in *Zidek* have filed a Motion for Preliminary Approval of Settlement that involves the certification of a class for settlement purposes that would include Plaintiff in this case and the payment of pro rata distributions to the proposed settlement class members from a settlement fund in exchange for the release of all claims held by the proposed class against Defendant Analgesic Healthcare, Inc.  The Court finds that the proposed settlement would appear to impact the claims before it and that it would be an efficient use of the Court's resources, and those of the parties, to allow the *Zidek* proceedings to move forward to a final ruling on the proposed settlement.

Accordingly, **IT IS HEREBY ORDERED** that the motion to stay this case (Doc. No. 45) is **GRANTED**, and that all deadlines in the Court's Case Management Order, as amended, are hereby stayed pending the outcome of the *Zidek* settlement proceedings.

**IT IS FURTHER ORDERED** that Defendant Analgesic Healthcare, Inc., shall provide this Court with notice of the outcome of those proceedings within five business days of their conclusion so that this Court may determine the appropriate course in which to proceed in this case before it.  If the *Zidec* case is not resolved on or before **August 9, 2015**, Defendant Analgesic Healthcare, Inc., shall file a status report on the case by that date, and every six months thereafter.

_____
AUDREY G. FLESSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2015.